UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:10-CR-49(3) RM |
| | ) | |
| ARMAND WHITE | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 18, 2010 [Doc. No. 41]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Armand White's plea of guilty, and FINDS the defendant guilty of Counts 1 and 2 of the Indictment, in violation of 18 U.S.C. §§ 2 and 2113(d) and 18 U.S.C. § 924(c). Pursuant to the terms of the plea agreement, the motion to suppress filed on June 8, 2010 [Doc. No. 27 ] is withdrawn.

SO ORDERED.

ENTERED:  July 12, 2010 

                                /s/ Robert L. Miller, Jr.  
                              Judge  
                              United States District Court